DocuSign Envelope ID: 87F8103D-62B6-45A2-92FB-554B42D9E351

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF TEXAS
# DALLAS DIVISION

| | |
|---|---|
| **JACQUELINE HASTINGS,** § | |
| § | |
| *Plaintiff*, § | |
| § | |
| VS. § | **CIVIL ACTION NO. 3:19-cv-1013-E** |
| § | |
| **SANTANDER CONSUMER USA INC.,** § | |
| § | |
| *Defendant*. § | |

## PARTIES' AGREED MOTION FOR ENTRY OF PROTECTIVE ORDER

**TO THE HONORABLE U.S. DISTRICT JUDGE ADA BROWN:**

Plaintiff Jacqueline Hastings ("Hastings") and Defendant Santander Consumer USA Inc. ("Santander") (collectively the "Parties") hereby file this Agreed Motion for Entry of Protective Order (the "Motion"), pursuant to Rule 26(c) of the Federal Rules of Civil Procedure.

**I.**

1. Hastings asserts against Santander claims of discrimination and retaliation under the Americans with Disabilities Act, interference under the Family and Medical Leave Act, discrimination and retaliation under Title VII of the Civil Rights Act of 1964, and discrimination and retaliation under the Texas Labor Code.

2. The Parties anticipate discovery in this case will include the exchange of personal and confidential information, including but not limited to, sensitive personal health and Santander proprietary information.

3. The Parties are in agreement regarding the need for a protective order and therefore respectfully request that the Court enter the proposed Agreed Protective Order attached hereto as

DocuSign Envelope ID: 87F8103D-62B6-45A2-92FB-554B42D9E351

Exhibit "A" to facilitate discovery and protect the confidentiality of the documents exchanged among the Parties in this matter.

## **PRAYER**

For all these reasons, the parties respectfully request that the Court enter the Agreed Protective Order attached hereto and submitted simultaneously herewith.

Respectfully submitted,

*Counsel for Plaintiff Jacqueline Hastings:*

/s/ Matthew L. Berman

James A. Vagnini
New York Bar No. 2958130
jvagnini@vkvlawyers.com
Matthew L. Berman
N.Y. State Bar No. 3893484
mberman@vkvlawyers.com
**VALLI KANE & VAGNINI LLP**
600 Old Country Road, Suite 519
Garden City, New York 11530
Telephone: (516) 203-7180
Facsimile: (516) 706-0248

/s/ Jay Ellwanger

Jay D. Ellwanger
Texas Bar No. 24036522
jellwanger@equalrights.law
David Henderson
Texas State Bar No. 24032292
dhenderson@equalrights.law
Esha Rajendran
Texas State Bar No. 24105968
erajendran@equalrights.law
ELLWANGER LAW LLLP
400 South Zang Blvd., Suite 1015
Dallas, Texas 75208
Telephone: 737-808-2260

&

*Counsel for Defendant Santander Consumer USA Inc.:*

*Monte K. Hurst*
_____
Monte K. Hurst
State Bar No. 00796802
monte.hurst@hallettperrin.com

Molly B. Cowan
State Bar No. 24025312
MCowan@hallettperrin.com

HALLETT & PERRIN, P.C.
1445 Ross Avenue, Suite 2400
Dallas, Texas 75202
214.953.0053
(f) 214.922.4142